Good morning The first case this morning is lawal At all versus McDonald at all Mr. Ogres Alec, did I pronounce that correctly? Oh gores Alex. Thank you I May it please the court to Mr. Reserve any time for rebuttal? Yes, your honor may reserve two minutes for rebuttal. Great. Thank you, Your Honor My name is Jim Ogres Alec and I represent appellants in this matter After arresting appellants questioning them at length and confirming their United States citizenship Athlete ice agents continued to detain the pellets without any level of probable cause for several hours This violated appellants Fourth Amendment rights to be free from an unreasonable seizure the Fourth Amendment Guarantor requires that agents when they're affecting an arrest such as the case here have probable cause and that once know What about the the agents have statutory authority to question any? Anyone about alien and status. Is that correct? Correct, Your Honor under 1357 a1 which the Appellees appellees use extensively in their briefing and which the corporal mentioned They have reason if they have reason to believe that an individual is an illegal alien They have the the statutory authority to affect an interrogation Okay But in the case such as here where there was a seizure rising level to an arrest that is not protected 1357 a1 cannot lower the floor that is provided by the Fourth Amendment and so It So reasonable suspicion constrains that statutory authority Yes, Your Honor in in this the Supreme Court in USB Brignani Ponce a stated 1357 a1 contemplates reasonable suspicion In that context and and why was there not reasonable suspicion here? Well here it the reason that Three the three appellants and five individuals total for United States citizens were brought in It's it's unclear at this point. This is one of the reasons why Going forward in discovery would be very useful. This case was disposed of on a motion to dismiss under 12 b6 It's unclear exactly how the list was compiled But the Philadelphia Parking Authority collects information including citizenship data. Clearly there was some sort of flaw in the On the the list It's unclear exactly how it happened now the Ninth Circuit in O'Rourke said that merely lacking The name not appearing in a government database such as an ice database at that time. It was an INS database is insufficient under 1357 a1 You would think if anybody had the information it would be I see Correct your honor you would you would think that they would but certainly there are gonna be millions of United States citizens who would not Appear in these ice databases. I hear there was an individual right here There was an incident incidents in which at least three individuals who were United States citizens did not show up in an ice database At that point. It's unclear exactly why these three individuals were held in if there was no particular particularized reason why these three individuals would be suspected of being Illegal aliens, maybe it could be something like a foreign-sounding name But that sounds akin to the problem in Brignone Ponce where the ice agents found took individuals and investigated them primarily because they appeared to have you have Mexican ancestry a foreign-sounding name would appear to be just as Would also seem to fail the reasonable suspicion test just as appearing to be a foreign ancestry I I'm jumping around a bit and I'm stop me The the agents seem to focus and they focus on a number of things but they seem to focus on the the lack of a particular pleading pertaining to these three individual agents Why why is The the pleading sufficient in this regard Well as as a preliminary matter on a motion to dismiss as this as the court below expressly stated This was on a motion to dismiss on footnote one on point page four of the joint appendix The court notes that both parties appended some matters, but the court didn't consider those and so this was on a motion to dismiss and in the complaint taking all facts in favor of the Plaintiff all reasonable facts in favor of the plaintiff as they should on a motion to dismiss the the The plaintiff stated that defendants were present for and participated in each of the actions now the actually are you suggesting the court did not to Take account of the affidavits that were filed by McDonald Riley and chow. Well, your honor It's unclear exactly what the court below was looking at or what it had considered in the back of its mind It mentioned some of the affidavits. However, it expressly limits its holding to a 12b6 to the 12b6 motion All right, but it but you you filed a complaint after those affidavits Right. Yes How why wasn't it a rule 11 violation to file a complaint that alleged that Riley attacked people after Riley had? Sworn under penalty of perjury that he was not even present. Well, the the complaints themselves are also verified by the By the plaintiffs in this matter and so to the extent that agent Riley's presence whether he was there or not I think that would be a question of fact, which is Riley avert under penalty of perjury. He was not present at the scene, correct? Yes, your honor the complaint alleges that Riley attacked people How can someone who wasn't present at the scene attack somebody? Well the the The complaint alleges that all three individuals Participated in the the planning of the operation the complaint I'm not sure you're answering my question the complaint alleges that the defendants attacked your clients Riley is a defendant Yes, sir How can you allege subject to rule 11 that a man who was not present at the scene? Attacked one of your clients or all of your clients well to the extent that there's a it's unclear if the plaintiffs with I don't know if the plaintiffs would still assert that Ralph's agent Riley was there despite his his claim you filed an amended complaint after the affidavits were submitted that said precisely that Yes, your honor and so that I think that's a factual dispute that would best be disposed of on a summary judgment or after Further so the case should be remanded for that purpose Among other purposes. Yes, your honor But at the same point even even beyond just the mere who was present who wasn't present certainly at some point during this operation According even taking into consideration Agent McDonald's affidavit, which is More substantive it's longer because he was the one who spearheaded the operation and one was the one who led Organized the compilation of the list and seemed to be the direct supervising officer of according to him 22 other agents According to the plate there were 14 agents in that third room That at some point the agents knew that these individuals were united But I I have to express the same concern the district court expressed in dismissing the case You're just referring to the agents generically you can't sue people generically you have to Even before Twombly and Iqbal you have to aver that certain people committed these Unconstitutional acts and you can't just use the royal Agents or the royal defendants. I mean, why did you plead the case like that? well as a preliminary matter the plaintiffs pled that the Defendants were the ones who participated in these activities now whether or not agent Riley was there or not That's a disputed fact it would seem and as a second matter This isn't a situation in which there which the plaintiffs are pleading just a generic liability such as in Iqbal For example where there seemed to be a broad responding a superior question here the even if the actual defendants were not the ones physically handcuffing the Appellants they were directly supervising the acquiesce you alleged that they specifically handcuffed you alleged that they attacked You alleged that they did these things you didn't allege that they supervised You partially alleged that they supervised others But you made all kinds of allegations that directly target these defendants that are at odds with their affidavits Correct. Yeah, I mean it would to the set that they're at odds with their affidavits This should be this would is an issue that should be settled on summary judgment Because and and and that's exactly why motion dismisses premature is that there was not an opportunity here the individuals The appellant here appellants here did not have the opportunity to add affidavits of their own Well, let's wait a minute. Let's take the procedural posture This comes to this court not just the fact that there was a complaint a motion to dismiss attaching the declarations that my colleagues have talked about and Was also a deposition taken in another case brought by the plaintiffs Yes, all of this was available and none of it was added. It's a 12b6 all we can consider are the pleadings How do these pleadings give notice to these individual defendants of the actions they took? For which they should be responsible to meet the equal standard. How does the pleading do that? Sure Your honor the the defendants state in their pleadings that the individuals were present for the operation that they even prior to that took took part In the compilation of the list that they supervised all the agents who were present at the scene that they were the the defendants Handcuffed the individuals threw them against the wall Interrogated them at length and then upon learning that the individuals were United States citizens That they continued to hold them for several hours at that thing that provides So what you want us to do is substitute the word defendants with each individual's name and tag every act Each individual that's what you would like us to do I think that reading it in favor in favor of the plaintiffs could certainly lead to that that suggestion at the same time the this court in jmkv Luzerne Baker Monroe Andrew versus Andrews versus City of Philadelphia and road versus Delarsipree all stated that you can have a 1983 action for supervisor liability so long as it's the individual is actually there so long as the individuals knew of an acquiesced in the Activities of the agents, but it's so you're are you basing it on knowledge and acquiescence or direct participation? I thought you were relying on direct participation. I think direct participation is what the what was pled in the complaint however, the complaint also states that they were super they were there in a supervisory role over the other individual the well that calls into question whether our jurisprudence involving Knowledge and acquiescence is still it's still valid after Iqbal Your honor there's there's nothing to to doubt that at this point Your honor I see that my initial 13 minutes are over should I briefly? Answer your question or I would you know you that that means you have two minutes left on the phone my initial I'm still good all right and so it There's nothing to doubt the fact that's That that this court's jurisprudence on that matter still stands But even if that's not the case I believe the complaint does allege that the defendants took part and participated in each of these activities Which certainly would put the end of it would certainly put the defendant at police on notice as to the allegations within the complaint And I think that looking at the second the Subsequent It's a continuation of the seizure after the individuals had our their citizenship had already been determined the court below Seemed to argue first that it was de minimis Which the United States that the Supreme Court in the United States be placed stated that they were not going to put an outside bounds On there was nothing outside bounds on a permissible Terry stuff however. It said that it has never approved 90-minute seizure Without reasonable cause here at the point in which the appellant citizenship was determined there was no longer any Even reasonable suspicion at that point, but certainly no probable cause and so there was no reason no It was certainly unreasonable for the individuals to be held at that point and it would be unreasonable for the agents to believe that the subject individuals believed that they would have been free to leave after they had just been arrested and Those very same agents. They were held in the back room by 14 individuals who had You talk about 14 individuals is that in the complaint? 14 agents who were in the back room that is in the complaint There are 14 agents. I believe four of them were in raid gear several of whom it's unclear How many numbers I just my question is the numbers are in the complaint? Yes because your brief Seems to sometimes rely on the allegations in the complaint and sometimes the allegations or assertions in the facts you agree Don't you that we can only consider the pleading correct? Yes, or am I just briefly? Yes. Yes, your honor You'd have this court should look limit itself to the complaint as the court below did on motion to dismiss And yes, all of those numbers are present in the complaint. Thank you. Your honors. Thank you. Mr. Ogress Gorzalek, excuse me Miss Parker May it please the court. My name is Vivica Parker and I represent Frederick Chao William Riley and Mark McDonald We ask this court to affirm the district courts dismissal with prejudice of the complaint because the pleading is insufficient It doesn't state a Bivens claim against any one of these defendants These appellants make collective allegations that all the defendants and in many cases all the defendants and additional ICE Agents did each of the acts that they complain of they allege that all the defendants through each appellant against the wall All the defendants told each appellant. He was not free to go all the defendants told each appellant He could not speak all the defendants in Handcuffed and interrogated each one of the appellants for over an hour It's just not plausible that all three defendants Riley isn't hasn't perjured himself It's not plausible. But but how can we know that? Why why shouldn't the district court? have engaged The the gulf between the parties respective versions of the facts and and Proceeded toward a motion of summary judgment because your honor. This is a Bivens claim and Iqbal Dictates that in this type of action where you're accusing an individual person in his individual capacity Not the government. These are three individual people The burden is on the appellants the plaintiffs to plead each individual's own actions That were unconstitutional. They didn't do that here. They didn't state a ploy name. They named McDonald They McDonald's own affidavit buttresses some of the averments in the complaint McDonald was the architect of the plan and and I don't know how the government can credibly argue that there wasn't an arrest here. I mean these These folks that were rounded up were all handcuffed before they were questioned, correct Yes, your honor And I'm I'm I'm confining myself to arguing on the pleadings what was alleged in the pleadings as the district court did and my my Argument is that the pleading itself is insufficient It's true that the pleading alleges that McDonald as well as the others Did all these acts and the problem with that is it's a collective allegation that doesn't identify But why isn't it still sufficient to put them on notice as to what they're accused of and I Mean they responded they've already We have affidavits. They obviously understood it well enough to deny it with some specificity Well, I would argue your honor that the district court was correct that this pleading is insufficient Disregarding the declarations. I grant you that there were declarations submitted but It's it's a it's a matter of law whether or not the pleading suffices to allow this claim to go forward and subject these individuals to Litigation when they should have qualified immunity and that's the second part. Well, that's that's a different issue though. I Like to go back to the the question I think that it was asking about is the allegations in the complaint Assume for the purposes question that instead of the word defendants it had each of the officers names, okay There's a paragraph that talks about what happened upon arrival at the location the arrest thrown up against the wall Why is that the word? I'm sorry being told they're under arrest. Why isn't that an arrest at that stage? It's a it's a Caesar seizure your honor under 1357 a1, which is totally appropriate These officers were acting on on a reasonable suspicion as alleged in the complaint Efforts had been made to compile a list of illegal aliens certified by the Philadelphia Parking Authority That gave rise to a reasonable suspicion and they were seized Briefly and they were handcuffed for a good reason What gave what gave rise to the reasonable suspicion the efforts that are alleged in the complaint to compile a list of illegal aliens? And the fact that they couldn't that I see couldn't couldn't identify these individuals That's correct your honor that that's what it was alleged But the court does that fact does the absence of that information provide reasonable suspicion in this case? The standard is a reasonable one going on what was alleged in the pleadings. The court is evaluating whether The efforts over the course of a year to compile a list of those aliens in the country illegally Would give rise to a reasonable suspicion and a reasonable officer would Conclude that yes, I've made an effort to compile a list of illegal aliens not legal aliens illegal aliens and That should give rise to a reasonable suspicion. How do we know? How many were on the list? I Believe the list is attached as an exhibit to the plaintiffs brief There appear to be about a hundred and how many were rounded up the day of? Those who responded to the invitation I'm not really sure your honor the fact was that five of the approximately a hundred were determined to be US citizens But again, all right, even if let's assume for a minute that that there was reasonable suspicion for the the roundup to question Once it was ascertained that these three gentlemen were citizens. Why were they not? immediately released Your honor. Are you suggesting that if any of us had been rounded up and we you know Displayed our citizenship that they can hold us for an hour or two they were The circumstances make it reasonable no reasonable officer could could think that it was a constitutional violation to number one inform these Plaintiffs that yes, we understand that your u.s. Citizens, but for the safety of the officers and the others We are asking you to remain here in this room with other u.s. Citizens Unhandcuffed in comfortable surroundings while we that that may be with respect the most implausible Thing in this case, how how is releasing a u.s. Citizen? Back into the public a threat to your officers safety your honor It what we're evaluating here is the as the officers a reasonable officers understanding of the law and and whether it was reasonable under these circumstances to ask these people to remain and under you this court's holdings in U.s.v. Leal and Levato it was reasonable for these officers to understand that the law permitted them to ask these people to remain in on the premises for between an hour and 20 minutes leal up to six hours levato Asking these people to remain For the purpose of completing the operation they allege they were told that was the purpose that they were Purposes to catch more of the folks that had no status the purpose was an officer safety Both of them were purposes your honor How let me ask you and how is releasing a u.s. Citizen? Back to work a threat to officer safety as they allege in their complaint they were the concern was that they might inform others who might come to the facility and the others would would raise a SWAT team and come and attack the ice agents or from this from the inception your honor the facility was not Was open and it was possible and officer safety is always a concern Others safety the other people who were in the facility is always a concern your honor I'm not we weren't anticipating a SWAT team from the persons who hadn't shown up But the fact was the worst thing that can happen is that the folks the citizens you release call some of their Fellow cab drivers and tip them off and they don't show up Or how does that hurt anybody or they should it? It means that some folks without status in the country remain at large But how in the world is that a threat to anybody's safety or these officers these ice officers say? or the persons who are tipped off come fully armed and Unfortunate things happen as we've seen so That the law acknowledges that officer safety is a legitimate concern these plaintiffs don't dispute that They don't allege that the that the reason for asking them to remain was illegitimate or untrue They they allege that they understood that that was the purpose and that they were being asked to remain there Here they're arguing that this was not supported by probable cause we would have let we would argue that at first. It's not a seizure Because of the factors that this court has laid out for consideration when determining when someone is in custody For example, these plaintiffs were not transported to the station house as others were who were arrested at the scene They were I thought the plaintiffs alleged that that they asked to leave wanted to leave felt that they could not That that is alleged your honor and they are alleging that they felt seized I grant you that so even if this were a seizure Even if this court determines that there was a seizure It was reasonable a reasonable officer would conclude that look I have told these gentlemen I don't you're not under suspicion anymore. These are factors that this court has articulated for consideration You're not are you are you on the pleading issue or the qualified immunity issue? I'm on the pleading of I'm on the qualified immunity issue and the failure of the pleading to allege a violation of a Constitutional right of which a reasonable officer would know a reasonable officer would not conclude that asking these Plaintiffs who were told you're not under suspicion. We know you're a u.s Citizen you're seated with other taxicab drivers who are acknowledged to be u.s. Citizens in comfortable surroundings We're not taking you to the station house, and we've told you why we're asking you to stay here We've told you why we're gonna we're gonna ruin your day to accommodate our own wishes to get more people in the round It's that simple isn't it the law allows some de minimis intrusion for the holding holding u.s Citizens against their will for over an hour and as long as you give them coffee and doughnuts It's all it's all good under this court's law in US v Waiting for the drug dog took an hour and 20 minutes, and that was not unreasonable that officer The court considered that the officer didn't know how long the the wait would be here We didn't know these agents didn't know how long it would take for the remaining cab driver Why was the dog coming in layout to do a drug search a drug sniff so there was still some suspicion of Illicit activity and here there was still some not with respect to these three gentlemen, that's correct your honor But this was an operation and they that was explained to them There was long as it's an operation for the greater. Good. We can we can Sacrifice the individual rights of these three and the other two Citizens depending on the circumstances as this court and the Supreme Court have repeatedly acknowledged you have to look at the circumstances in each individual scenario I'm just I'm surprised you're you're arguing the case on that on that battleground It seems to me your better argument is that they should have they should have sued 22 John Doe's And they didn't well, I have that argument as well. Your honor my first argument is that they haven't identified who did what and this they don't state a Bivens claim and It seems to me that they repeatedly allege how many hours they were there They have some specificity as to some things, but they're Overly generalized and fail to state a claim on other things So this pleading fails on the specificity the lack of specificity of the factual allegations as to these Individual agents and what they actually did it's just not plausible that they spoke and acted in unison the way that it is alleged and they haven't alleged a What if we agree with you on the first part of that but disagree disagree with you on the second part What's the harm in vacating and remanding and just having the district court? Sort this out who did what to whom and when I mean that from my where I sit That's the troubling thing about this case is its vagueness, right? The harm is that in a Bivens lawsuit like this these officers will be subjected to litigation the government's Work will be interrupted and the Supreme Court is acknowledged over and over again that that is not permitted if you can't state a claim With the requisite specificity, and I'm not saying that that's a standard, but there is a standard of Particularity as to the individuals you are suing these plaintiffs are not suing the government They're suing individual people who are alleged to have done Acts that were violations of the Constitution and they can't be more specific They they allege that they spent hours and hours at this facility and they can't be more specific It's just not plausible and to interrupt these gentleman's lives these agents lives and the work of the government the Supreme Court doesn't allow that May it please the court we ask that you affirm the district courts dismissal of this lawsuit with prejudice. Thank you Thank You miss Parker rebuttal mr. Gore's like May it please the court I just want to make two points the first is a quick clarification on the rule of an issue The affidavits brought by the agents were signed on September 30th and October 12th But not filed until after the amended complaint had actually been filed You can see that on joint appendix joint appendix page 76 And so in the filing of the amended complaint that the appellants did not have access It wasn't attached to the first set of motion papers. It wasn't attached to the first motion to dismiss There was a complaint that a motion to dismiss then in the amended complaint I believe I believe the affidavits were filed after the amended complaint Although they were signed prior to but no leave was sought to file another A third and there's no leave to file or there was no leave sought to follow a second amendment complaint, correct? Your honor, but the Second Amendment the the First Amendment complaint Sorry did put the agents on notice and as with all complaints There's information that the appellees have that the appellants simply do not have that's why discovery would be useful in this case Precisely to find out who exactly did what this is a Bivens action and Bivens itself was against six unnamed agents here for whatever reason the Appellants were able to determine the names of three of the agents involved in the operation They were unable to determine the identities of every other individual and maybe it during a stress. That's why they should have sued John do I shouldn't beat you up for these mistake you you came in only as appellate counsel, correct? Yes, your honor but even in but that's the reason they sued six unnamed agents is the same reason people sue John does is because You've already told The defendants and you've told the court that discovery is required to actually ascertain the identities of the wrongdoers Yes that wasn't done here and it's to be in this court said in shame be fathered that to the extent that The absolute lack of naming John does was a failing a failure the the correct Procedure is to either just do either My briefly. Yes, go is is either to Allow leave to amend and add the John does or to dismiss the complaint is futile. Neither Action was taken by but but in Shane it was the first time there was an initial complaint and no amendments That's different. Yes here. You have a scenario where you had a complaint. You actually had some facts When I say you I mean your clients through the at least the other case for getting if you want to put aside those Declarations and they may have been available. But in any event that's make Shane different than this case, doesn't it? It makes it slightly Without discovery the appellant still could not have determined the actual names of the individuals simply adding another complaint where the individual name individuals were named isn't Exactly going to help the court in its determination here Defendant sorry defendants could have been used in a broader sense because it would have been difficult to identify during the stressful situation Exactly who did what even if the plaintiff appellants knew who was in the room and who was involved in the operation and For these reasons appellants for busted this court vacate and remand this decision to the district court. Thank you. Your eyes Thank you. Mr. Gorzelak. The court expresses its gratitude to Mr. Gorzelak and The law school clinic and to the law firm for taking this matter on pro bono Mr. Gorzelak if if the papers didn't indicate you were a law student, I don't think we ever would have known so Congratulations, and thank you. Ms. Parker for an excellent argument. The court will take the matter under advisement